IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TANESHEA POINTER                                                    PLAINTIFF

v.                          No. 3:19-cv-359-DPM

MIRACLE KIDS SUCCESS ACADEMY
and SHELLY TUCKER                                                   DEFENDANTS

## ORDER

Defendants' unopposed motion to dismiss Pointer's Title VII claims against her supervisor, Shelly Tucker, *Doc. 11*, is granted. Supervisors are not individually liable under Title VII. *Lenhardt v. Basic Inst. of Tech.*, 55 F.3d 377, 382 (8th Cir. 1995).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 May 2020