IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TANESHEA POINTER                                                PLAINTIFF

v.                              No. 3:19-cv-359-DPM

MIRACLE KIDS SUCCESS ACADEMY                     DEFENDANT

ORDER

Motion to compel, *Doc 21*, denied without prejudice. Please follow the procedure outlined in the Final Scheduling Order, *Doc. 18 at 3*, for any discovery disputes. If the parties can't resolve this issue, they must file a joint report by 22 January 2021.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 January 2021