IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TANESHEA POINTER                                                            PLAINTIFF

v.                              No. 3:19-cv-359-DPM

MIRACLE KIDS SUCCESS ACADEMY                                DEFENDANT

ORDER

Pointer's third motion to appoint counsel, *Doc. 24*, is denied without prejudice for the reasons previously stated, *Doc. 6 & 20*.

Miracle Kid's status report, *Doc. 26*, is appreciated. In the future, Pointer must cooperate in the filing of joint reports. Her separate status report is due by 22 March 2021.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 March 2021