# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TANESHEA POINTER**                                                              **PLAINTIFF**

v.                                           No. 3:19-cv-359-DPM

**MIRACLE KIDS SUCCESS ACADEMY**                                    **DEFENDANT**

### ORDER

Pointer's motion for an extension, *Doc. 28*, is denied without prejudice. The Court notes her motion to dismiss, *Doc. 30*. This is her case, and (with some limitations) she gets to decide whether to go forward or not. The Court is concerned, though, about some of the statements in Pointer's motion. The Court will therefore hold a status conference at 10:30 a.m. on Friday, 14 May 2021, in the courtroom (Room 324) at the E.C. "Took" Gathings Federal Building, 615 S. Main Street in Jonesboro. Pointer should attend in person. Miracle Kids's lawyer may attend in person or by video.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 April 2021