IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TANESHEA POINTER                                                           PLAINTIFF

v.                                    No. 3:19-cv-359-DPM

MIRACLE KIDS SUCCESS ACADEMY                                DEFENDANT

ORDER

For the reasons stated on the record at the 14 May 2021 status conference, the motion to withdraw, *Doc. 35*, is granted. Pointer's motion to dismiss, *Doc. 30*, is withdrawn. For good cause, the Final Scheduling Order, *Doc. 18*, is suspended and an Amended Final Scheduling Order will issue. FED. R. CIV. P. 16(b)(4). Pointer must reimburse Defendant for the court reporter's fee for the unsuccessful deposition.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 May 2021