IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TANESHEA POINTER                                             PLAINTIFF

v.                     No. 3:19-cv-359-DPM

MIRACLE KIDS SUCCESS ACADEMY
and SHELLY TUCKER                                           DEFENDANTS

JUDGMENT

Pointer's complaint is dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 August 2022